DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JESUS ANTONIO VILLA GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  v.<br><br>JESUS ANTONIO VILLA GUTIERREZ<br><br>       Defendant. | Cr.S. 11-130-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>DATE: December 16, 2011<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Garland E. Burrell Jr. |

    It is hereby stipulated and agreed to between the United States of America through MICHELE BECKWITH, Assistant U.S. Attorney, and defendant, JESUS ANTONIO VILLA GUTIERREZ by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, December 2, 2011 be continued to a status conference for Friday, December 16, 2011 at 9:00 a.m..

    The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

    Speedy trial time is to be excluded from the date of this order

through the date of the status conference set for December 16, 2011 pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: November 21, 2011     Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Defender

                                       /S/ Benjamin Galloway
                                       BENJAMIN GALLOWAY
                                       Assistant Federal Defender
                                       Attorney for Defendant
                                       JESUS ANTONIO VILLA GUTIERREZ

DATED: November 21, 2011     BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ Benjamin Galloway for
                                       MICHELE BECKWITH
                                       Assistant U.S. Attorney
                                       Attorney for Plaintiff

   IT HEREBY ORDERED that this matter is continued to December 16, 2011, 9:00 a.m. for a status conference.

     IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, the period from the date of this order up to and including December 16, 2011, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Dated:  November 22, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

2