DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
JESUS ANTONIO VILLA GUTIERREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr.S. 11-130-GEB |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER** |
| v. | ) | |
| | ) | DATE: February 24, 2012 |
| JESUS ANTONIO VILLA | ) | TIME: 9:00 a.m. |
| GUTIERREZ | ) | JUDGE: Hon. Garland E. Burrell Jr. |
| | ) | |
| Defendant. | ) | |
| | ) | |

It is hereby stipulated and agreed to between the United States of America through MICHELE BECKWITH, Assistant U.S. Attorney, and defendant, JESUS ANTONIO VILLA GUTIERREZ by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Friday, January 27, 2012 be continued to a status conference for Friday, February 24, 2012 at 9:00 a.m..

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Speedy trial time is to be excluded from the date of this order

through the date of the status conference set for February 24, 2012 pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: January 24, 2012        Respectfully submitted,

                               DANIEL J. BRODERICK
                               Federal Defender

                               /S/ Benjamin Galloway
                               BENJAMIN GALLOWAY
                               Assistant Federal Defender
                               Attorney for Defendant
                               JESUS ANTONIO VILLA GUTIERREZ


DATED: January 24, 2012        BENJAMIN B. WAGNER
                               United States Attorney

                               /s/ Benjamin Galloway for
                               MICHELE BECKWITH
                               Assistant U.S. Attorney
                               Attorney for Plaintiff



   IT HEREBY ORDERED that this matter is continued to February 24, 2012, 9:00 a.m. for a status conference.

   IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) and Local Code T4, the period from the date of this order up to and including February 24, 2012, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel, and that the ends of justice served by this continuance outweigh the best interests of the public and the defendants in a speedy trial.

Dated:  January 24, 2012

                               _____
                               GARLAND E. BURRELL, JR.
                               United States District Judge